```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/29/2025
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON LAU,<br><br>    **Plaintiff,**<br><br>-against-<br><br>CREDIT ACCEPTANCE CORP., LOSS PREVENTION SERVICES LLC, and FINEST AUTOMOTIVE RECOVERY, LLC a/k/a FINEST TOWING AND AUTOMOTIVE,<br><br>    **Defendants.** | Civil Case Number:<br>1:25-cv-02494-AT |

## ORDER OF COURT

AND NOW, on this __29__ day of __May__, 20 __25__, upon consideration of the parties' Stipulation, wherein the parties agree to the Plaintiff's filing of an Amended Complaint,

IT IS HEREBY ORDERED:

1. The Stipulation is So-Ordered.

2. Plaintiff shall file the Amended Complaint attached to the parties' Stipulation within ten (10) days of entry of this Order.

Dated: May 29, 2025
   New York, New York

               _____
                ANALISA TORRES
               United States District Judge