UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON LAU,

               Plaintiff,

-against-

CREDIT ACCEPTANCE CORP., LOSS PREVENTION SERVICES LLC, and FINEST AUTOMOTIVE RECOVERY, LLC a/k/a FINEST TOWING AND AUTOMOTIVE,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2025
```

25 Civ. 2494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated June 11 and 18, 2025. ECF Nos. 22–23. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **July 25, 2025**, Defendants shall file their motion;
3. By **August 15, 2025**, Plaintiff shall file his opposition papers; and
4. By **August 29, 2025**, Defendants shall file their reply, if any.

    The parties are advised that this order does not affect the June 27, 2025 deadline by which they must submit their joint letter and proposed case management plan. *See* ECF No. 18 at 2.

    SO ORDERED.

Dated: June 23, 2025
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge